Gerald D. Lane Jr., CA # 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAWRANCE GORDON**, *individually and on behalf of all those similarly situated,* | Case No.: **5:26-cv-01804-SSS-DTB** |
| Plaintiff, | Honorable Judge Sunshine Suzanne Sykes<br>Magistrate Judge David T. Bristow |
| vs. | |
| **MARS HEALTH, INC. D/B/A MARS MEN,** | **NOTICE OF SETTLEMENT** |
| Defendant. | |

Plaintiff Lawrance Gordon submits this Notice of Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

1
Notice of Settlement

Dated: June 29, 2026

Respectfully Submitted,

/s/ Gerald D. Lane, Jr.
**GERALD D. LANE, JR., ESQ.**
California Bar No.: 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 29, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

 /s/ Gerald D. Lane Jr.
**GERALD D. LANE, JR., ESQ.**
California Bar No.: 352470

Notice of Settlement